IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ADAM WADE CRUTCHLEY, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-147 (WLS-TQL) |
| | * |
| LOWNDES COUNTY PUBLIC DEFENDERS' OFFICE, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 15, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 15th day of February, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk